**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**EVERHOME MORTGAGE COMPANY,**
a Florida corporation f/k/a Alliance
**Mortgage Company,**

      Plaintiff,

v.                                    **CASE NO. 3:05-cv-103-J-16TEM**

**RIDGE GATE MORTGAGE COMPANY,**
an Indiana corporation,

      Defendant.
_____/

**DEFAULT JUDGMENT**

This matter is before the Court upon plaintiff's Motion for Default Judgment (Doc. #8) filed April 15, 2005 against defendant Ridge Gate Mortgage Company pursuant to Rule 55(b), Fed. R. Civ. P. It appearing to the Court that said defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and that the plaintiff's claim against the defendant is for a sum certain as evidenced by Exhibit A and B to plaintiff's motion filed herein, it is

**ORDERED AND ADJUDGED** that the plaintiff, Everhome Mortgage Company, recover of the defendant, Ridge Gate Mortgage Company, the sum of **$94,328.73**, with pre-judgment interest from the date of demand, December 29, 2004, to the date of judgment and post judgment interest thereon at the legal rate as provided by law.

It also appearing from Plaintiff's Motion that Plaintiff is entitled to recover reasonable attorney's fees, it is hereby **ORDERED** that Plaintiff shall file with this Court affidavit(s) as to their reasonable attorney's fees no later than May 31, 2005.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this 26th day of April, 2005.

                                                  JOHN H. MOORE II
                                                  United States District Judge

Copies: Counsel of Record